UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEHANN JECOE MASON,

    Defendant.
_____/

Case No. 1:20-cr-190-03

HON. ROBERT J. JONKER

## ORDER

On April 22, 2021, the Court conducted an evidentiary hearing on Defendant Sehann Jecoe Mason's Motion to Suppress. (ECF No. 89.) For the reasons stated on the record, the Court concludes that suppression is not appropriate.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant's Motion to Suppress (ECF No. 89) is **DENIED**.

Date:   April 23, 2021               /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE